FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIM ANDERSON, qui tam as Relator,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL,<br><br>Defendant. | No.   4:18-cv-05066-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 21, 2020, the parties filed a stipulated dismissal, ECF No. 26. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

   **1.**   The parties' Notice of Voluntary Stipulated Dismissal with Prejudice, **ECF No. 26**, is **ACKNOWLEDGED**.

   **2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

   **4.**   All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

    **DATED** this 22nd day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2